**4**
CHRISTOPHER D. SULLIVAN (148083)
ROXANNE BAHADURJI (290117)
QUENTIN ROBERTS (306687)
**DIAMOND McCARTHY LLP**
150 California Street, Suite 2200
San Francisco, CA  94111
Phone: (415) 692-5200
Email: csullivan@diamondmccarthy.com
      rbahadurji@diamondmccarthy.com
      quentin.roberts@diamondmccarthy.com

Special Litigation Counsel for
Kimberly J. Husted, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ECS REFINING, INC.,<br><br>      Debtor | Bank. Case No. 18-22453<br><br>Adversary No.<br><br>Chapter 7 |
| KIMBERLY J. HUSTED,<br>Chapter 7 Trustee for ECS Refining, Inc.<br><br>      Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>      Defendant. | **EXHIBIT TO COMPLAINT** |

# EXHIBIT TO COMPLAINT

## INDEX

| EXHIBIT NO. | DOCUMENT NAME | PAGE NO. |
|---|---|---|
| Ex. A | Transfers During Preference Period | 4 |

Dated:  April 23, 2020

DIAMOND MCCARTHY LLP

By:  */s/Christopher D. Sullivan*
CHRISTOPHER D. SULLIVAN
Special Litigation Counsel for Plaintiff Kimberly J.
Husted, Chapter 7 Trustee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Exhibit to Complaint

Defendant:          **Wal-Mart Stores East, LP**
Bankruptcy Case:    ***In re ECS Refining, Inc.*, Case No. 18-22453**
Preference Period:  **January 24, 2018 and April 24, 2018**

### Transfers During Preference Period

| Debtor Transferor | Creditor | Date | Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| ECS Refining | Wal-Mart Stores East, LP | 2/6/2018 | $30,000.00 | Suppliers or Vendors |
| ECS Refining | Wal-Mart Stores East, LP | 2/9/2018 | $30,000.00 | Suppliers or Vendors |
| ECS Refining | Wal-Mart Stores East, LP | 2/20/2018 | $90,000.00 | Suppliers or Vendors |
| | | **Total:** | **$150,000** | |