**2**

CHRISTOPHER D. SULLIVAN (148083)
ROXANNE BAHADURJI (290117)
QUENTIN ROBERTS (306687)
**DIAMOND McCARTHY LLP**
150 California Street, Suite 2200
San Francisco, CA  94111
Phone: (415) 692-5200
Email: csullivan@diamondmccarthy.com
        rbahadurji@diamondmccarthy.com
        quentin.roberts@diamondmccarthy.com

Special Litigation Counsel for
Kimberly J. Husted, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ECS REFINING, INC.,<br><br>       Debtor<br>_____<br>KIMBERLY J. HUSTED,<br>Chapter 7 Trustee for ECS Refining, Inc.<br><br>       Plaintiff,<br><br>   vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>       Defendant. | Bankruptcy Case No. 18-22453<br><br>Adversary No. 20-02058<br><br>Chapter 7<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Bankr. P. 7041; Fed. R. Civ. P. 41(a) |

The Stipulation of Dismissal ("Stipulation") is entered into by and between Plaintiff Kimberly J. Husted as Chapter 7 Trustee of ECS Refining, Inc. ("Trustee") and Defendant Wal-Mart Stores East, L.P., ("Defendant"), by and through its counsel.

## RECITALS

WHEREAS, on April 23, 2020, the Trustee filed the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 ("Complaint") against Defendant.

WHEREAS, Defendant and Plaintiff, by and through their counsel, reached a settlement that was approved by the Court on December 11, 2020.

WHEREAS, in accordance with the the parties' settlement agreement, Defendant and Plaintiff, by and through their counsel, have have agreed to dismiss this adversary proceeding with prejudice.

## AGREEMENT

**NOW, THEREFORE**, the Trustee and Defendant stipulate and agree as follows: the above-captioned adversary proceeding shall be dismissed, with prejudice, without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Stipulated and agreed by:


Dated: December 23, 2020          DIAMOND MCCARTHY LLP

By:     */s/Christopher D. Sullivan*
        CHRISTOPHER D. SULLIVAN
        Special Litigation Counsel for Plaintiff Kimberly J.
        Husted, Chapter 7 Trustee


Dated: December 23, 2020          GREENBERG TRAURIG, LLP

        */s/ Sarah Goldberg*
        SARAH GOLDBERG (*admitted pro hac vice*)
By:     Attorneys for Defendant WAL-MART STORES
        EAST, L.P.